BENJAMIN E. CHANOSKY, JR. *v.* THE CITY BUILDING SUPPLY COMPANY

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court of Errors, suo motu, that the appeal be and hereby is dismissed.

*Raymond B. Green,* for the appellant (defendant).

*Paul J. McQuillan,* for the appellee (plaintiff).

Argued December 1—decided December 1, 1964

The defendant filed a motion for reargument which was granted.